**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

IN RE:

    Darryl Lee Cotton                                      Case No.: 14-57128
    Jennifer Marie Cotton                           Judge: Thomas J. Tucker
    Debtors,                                            Chapter: 13
_____/

Potestivo & Associates, P.C.
By: Noel J. Ravenscroft (P77729)
Attorney for Ocwen Loan Servicing, LLC
811 South Blvd. Suite 100
Rochester Hills, MI 48307
(248) 853-4400
nravenscroft@potestivolaw.com

Daniela Dimovski (P60278)
Daniela Dimovski Attorney at Law P.C.
44200 Garfield Rd.
Suite 124
Clinton Township, MI 48038
(586) 738-6329
danieladimovski@gmail.com
_____/

## NOTICE OF APPEARANCE

    PLEASE file the Appearance of Potestivo & Associates, P.C., on behalf of Ocwen Loan Servicing, LLC and include Noel J. Ravenscroft, as attorney for creditor, on the Matrix.

Dated: November 7, 2014                     */s/ Noel J. Ravenscroft*
                                                            Potestivo & Associates, P.C.
                                                            By: Noel J. Ravenscroft (P77729)
                                                            Attorney for Ocwen Loan Servicing, LLC
                                                            811 South Blvd. Suite 100
                                                            Rochester Hills, MI 48307
                                                            (248) 853-4400
                                                            nravenscroft@potestivolaw.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

IN RE:

    Darryl Lee Cotton                                             Case No.: 14-57128
    Jennifer Marie Cotton                                   Judge: Thomas J. Tucker
    Debtors,                                                      Chapter: 13
_____/

Potestivo & Associates, P.C.
By: Noel J. Ravenscroft (P77729)
Attorney for Ocwen Loan Servicing, LLC
811 South Blvd. Suite 100
Rochester Hills, MI 48307
(248) 853-4400
nravenscroft@potestivolaw.com

Daniela Dimovski (P60278)
Daniela Dimovski Attorney at Law P.C.
44200 Garfield Rd.
Suite 124
Clinton Township, MI 48038
(586) 738-6329
danieladimovski@gmail.com
_____/

## PROOF OF SERVICE

       I, Cassandra McLone, state that on the 7th day of November 2014, I served a copy of the Notice of Appearance and Proof of Service of same upon:

| | |
|---|---|
| **Daniela Dimovski** | **Tammy L. Terry** |
| 44200 Garfield Rd. | 535 Griswold |
| Suite 124 | Suite 2100 |
| Clinton Township, MI 48038 | Detroit, MI 48226 |

Via CM-ECF electronic filing to the Debtors' Attorney and the Trustee.

                                                            */s/ Cassandra McLone*
                                                            Cassandra McLone
                                                            Employee of Potestivo & Associates, P.C.
                                                            811 South Boulevard, Suite 100
                                                            Rochester Hills, MI 48307
                                                            (248) 853-4400
                                                            cmclone@potestivolaw.com